# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK RUST, | ) | NO. ED CV 19-0050-PA(E) |
| Plaintiff, | ) | |
| v. | ) | |
| DEAN BORDERS, et al., | ) | JUDGMENT |
| Defendants | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: August 8, 2019.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE